**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **RIVES MILLER GROGAN**, <br><br> Defendant. | Case No. 24-cr-353 (CRC) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of Magistrate Judge Robin M. Merriweather, docketed on August 5, 2024. See ECF No. 35. Under Federal Rule of Criminal Procedure 72(b)(2), a party may serve and file specific written objections to such a Report and Recommendation within 14 days of being served. The Court has received no written objections to the Report and Recommendation within the 14-day deadline.

Having carefully reviewed the findings and conclusions contained in Magistrate Judge Merriweather's Report and Recommendation, the Court will adopt in full the Report and Recommendation as the findings and conclusions of this Court.

Upon consideration of the Report and Recommendation, the absence of objections, and the entire record, it is hereby

**ORDERED** that the Report and Recommendation is adopted by the Court; and it is

**ORDERED** that the parties' request to cap Defendant's sentence and maximum fine at a petty offense level is randomly referred to a Magistrate.

**SO ORDERED.**

                                              _____

CHRISTOPHER R. COOPER

United States District Judge

Date: August 23, 2024